```
1  Mark T. Flewelling (#96465)
      mflewelling@afrct.com
2  Kenneth A. Franklin (#143809)
      kfranklin@afrct.com
3  ANGLIN, FLEWELLING, RASMUSSEN,
      CAMPBELL & TRYTTEN LLP
4  199 S. Los Robles Avenue, Suite 600
   Pasadena, California 91101-2459
5  Tel: (626) 535-1900
   Fax: (626) 577-7764
6
   Attorneys for Defendant
7  WACHOVIA MORTGAGE, a Division of
   Wells Fargo Bank, N.A., formerly known as
8  Wachovia Mortgage, FSB, and World Savings
   Bank, FSB ("Wachovia")
9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA A. BROWNING,<br><br>    Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; NDEX WEST, LLC; and DOES I-XX, inclusive,<br><br>    Defendants. | Case No. C-10-05100 JCS<br><br>[Assigned to the Hon. Joseph C. Spero, Ctrm. A]<br><br>**STIPULATION TO CONFIRM EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

TO THE ABOVE-ENTITLED COURT:

Plaintiff Cynthia A. Browning and defendant Wachovia Mortgage, a division of Wells Fargo Bank, N.A. ("Wachovia"), through their respective counsel of record, Cynthia A. Browning of the Law Offices of Cynthia A. Browning and Mark T. Flewelling of Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP stipulate, pursuant to Local Rule 6-1, to continue defendant Wachovia's deadline to respond to the complaint.

## RECITALS

A. WHEREAS, plaintiff served defendant Wachovia with the complaint on or about October 11, 2010;

B. WHEREAS, defendant Wachovia removed the action to federal court on November 10, 2010; and

C. WHEREAS, defendant Wachovia requested and plaintiff granted Wachovia an extension of time to respond to the complaint to December 16, 2010.

NOW THE PARTIES DO STIPULATE AS FOLLOWS:

## STIPULATION

Plaintiff Cynthia A. Browning and defendant Wachovia agree that Wachovia's deadline to respond to the complaint is December 16, 2010.

Dated: November 17, 2010

THE LAW OFFICES OF CYNTHIA A. BROWNING

By: _____
Plaintiff Cynthia A. Browning

Dated: November 17, 2010

ANGLIN, FLEWELLING, RASMUSSEN, CAMPBELL & TRYTTEN LLP

By: s/ Mark T. Flewelling
Mark T. Flewelling
mflewelling@afrct.com
Attorneys for Defendant
WACHOVIA MORTGAGE, a Division of Wells Fargo Bank, N.A., formerly known as Wachovia Mortgage, FSB and World Savings Bank, FSB

Dated: Nov. 18, 2010

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

92981/000189/00068592-1

2

CASE NO. C-10-05100 JCS
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the city of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below I served a copy of the following document described as: **Stipulation to Extend Time to Respond to Complaint** on all interested parties in said case addressed as follows:

**Served By Means Other Than The Court's CM/ECF System:**

| *Plaintiff Pro Se* | *Attorney for Defendant, NDeX West, LLC* |
|---|---|
| Cynthia A. Browning<br>Law Offices of Cynthia A. Browning<br>2574 Oliver Avenue<br>Oakland, CA 994605<br>4cbrowning@comcast.net<br>Tel: (510) 326-2367 ext. 8885<br>Fax: (510) 263-6050 | Edward A. Treder, Esq.<br><br>Barrett Daffin Frappier<br>Treder & Weiss LLP<br>20955 Pathfinder Road, Suite 300<br>Diamond Bar, CA 91765<br>Tel: (626) 915-5714<br>Fax: (626) 915-0289 |

☒ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on November 17, 2010.

Teresa L. Zunino
(Print name)

_____
(Signature)

92981/000189/00068592-1

CASE NO. C-10-05100 JCS
CERTIFICATE OF SERVICE