Mark T. Flewelling (#96465)
mflewelling@afrct.com
Kenneth A. Franklin (#143809)
kfranklin@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
 CAMPBELL & TRYTTEN LLP
199 S. Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Tel: (626) 535-1900
Fax: (626) 577-7764

Attorneys for Defendant
WACHOVIA MORTGAGE, a Division of Wells Fargo Bank, N.A.,
formerly known as Wachovia Mortgage, FSB and World Savings
Bank, FSB, ("Wachovia")


Cynthia A. Browning (#221253)
LAW OFFICES OF CYNTHIA BROWNING
2574 Oliver Avenue
Oakland, CA 94605
4cbrowning@comcast.net
Tel.: (510) 326-2367-8885
Fax: (510) 263-6050

Attorney for Plaintiff
Cynthia A. Browning

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO BRANCH

| | |
|---|---|
| CYNTHIA A. BROWNING,<br><br>  Plaintiff,<br><br>  vs.<br><br>WELLS FARGO BANK, N.A.; NDEX WEST, LLC; and DOES I-XX, inclusive,<br><br>  Defendants. | Case No. C10-05100 JCS<br><br>[Assigned to the Honorable Joseph C. Spero Ctrm A]<br><br>STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(ii) |

**TO THE HONORABLE COURT:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), plaintiff Cynthia A. Browning, a licensed attorney and defendant Wachovia Mortgage, a division of Wells Fargo Bank, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB, ("Wachovia") through its counsel of record stipulate to dismiss the above-captioned action with prejudice.

Dated: December 10, 2010

LAW OFFICES OF CYNTHIA A. BROWNING

By: _____
Cynthia A. Browning, Esq.

Dated: December 22, 2010

ANGLIN, FLEWELLING, RASMUSSEN,
CAMPBELL & TRYTTEN LLP

By: _____
Mark T. Flewelling
mflewelling@afrct.com
Attorneys for Defendants,
WACHOVIA MORTGAGE, a Division of Wells Fargo Bank, N.A., formerly known as Wachovia Mortgage, FSB and World Savings Bank, FSB, ("Wachovia")

Dated: 2/3/11

**IT IS SO ORDERED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the city of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below I served a copy of the following document described as: **STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FRCP(a)(1)(ii)** on all interested parties in said case addressed as follows:

**Served By Means Other Than The Court's CM/ECF System:**

| *Plaintiff Pro Se* | *Attorney for Defendant, NDeX West, LLC* |
|---|---|
| Cynthia A. Browning<br>Law Offices of Cynthia A. Browning<br>2574 Oliver Avenue<br>Oakland, CA  994605<br>4cbrowning@comcast.net<br>Tel:  (510) 326-2367 ext. 8885<br>Fax:  (510) 263-6050 | Edward A. Treder, Esq.<br>Barrett Daffin Frappier<br>Treder & Weiss LLP<br>20955 Pathfinder Road, Suite 300<br>Diamond Bar, CA  91765<br>Tel:  (626) 915-5714<br>Fax:  (626) 915-0289 |

☒ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on **December 22 2010**.

_____          _____
Teresa L. Zunino                                                      (Signature)
(Print name)

92981/000189/00074907-1

CASE NO. CASE NO. C10-05100 JCS
CERTIFICATE OF SERVICE