|   |   |
|---|---|
| 1 | EDWARD A. TREDER |
| 2 | State Bar No. 116307 |
|   | THOMAS K. AGAWA |
| 3 | State Bar No. 175952 |
|   | BARRETT DAFFIN FRAPPIER |
| 4 | TREDER & WEISS, LLP |
|   | 20955 Pathfinder Road, Suite 300 |
| 5 | Diamond Bar, California 91765 |
|   | Tel:  (626) 371-7032 |
| 6 | Email: ThomasA@BDFGroup.com |
|   | Attorneys for Defendant NDeX WEST, LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| CYNTHIA A. BROWNING, | Case No. C10-05100 JCS |
|---|---|
| Plaintiff, |  |
| vs. | [Assigned to the Honorable Joseph C. Spero Ctrm A] |
| WELLS FARGO BANK, N.A.; NDEX WEST, LLC; and DOES I-XX, inclusive, |  |
| Defendants. | STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(ii) |

**TO THE HONORABLE COURT:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), plaintiff Cynthia A. Browning, a licensed attorney and NDeX West, LLC through its counsel of record stipulate to dismiss the above-captioned action with prejudice.

| | | |
|---|---|---|
| 1 | Dated: February __, 2011 | LAW OFFICES OF CYNTHIA A. BROWNING |
| 2 | | |
| 3 | | By:       s/Cynthia A. Browning |
| 4 | | Cynthia A. Browning, Esq. |
| 5 | | |
| 6 | Dated: February __, 2011 | BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP |
| 7 | | |
| 8 | | By:       s/Thomas K. Agawa |
| 9 | | Edward A. Treder |
| | | Thomas K. Agawa |
| 10 | | Attorneys for Defendant NDeX WEST, LLC |

Dated: Feb. 16, 2011

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANTS NDeX WEST, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT
CASE NO. 3:10-cv-05100-JCS

2

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

  I, Thomas K. Agawa, hereby certify that on February 16, 2011, a true and correct copy of **DEFENDANTS NDeX WEST, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT** was filed electronically and is available for viewing and downloading from the ECF system.

  Unless otherwise noted herein, the following parties are deemed to have consented to electronic service of documents filed through the ECF system:

| Attorney/Plaintiff in Pro Se* | Attorneys for Defendant Wells Fargo |
|---|---|
| Cynthia A. Browning | Kenneth Allen Franklin |
| Law Offices of Cynthia Browning | Mark Tyler Flewelling, Esq. |
| 2574 Oliver Avenue | Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP |
| Oakland, CA 94605 | 199 South Los Robles Avenue |
| (510) 326-2367x8885 | Suite 600 |
| Fax: (510) 263-6050 | Pasadena, CA 91101 |
| PRO SE | 626-535-1900 |
| | Fax: 626-577-7764 |
| | Email: kfranklin@afrct.com |
| | Email: mtf@afrct.com |
| | ATTORNEY TO BE NOTICED |

## * VIA U.S. MAIL – PREPAID FIRST CLASS

I served the aforesaid listed part(ies) with the envelope for collection and mailing following ordinary practices. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing with the United States Postal Service. Under that practice it would be deposited with the United States Postal Service on that same day with postage fully prepaid at Diamond Bar, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in this declaration.

Executed on February 16, 2011, at Diamond Bar, California.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

                 s/Thomas K. Agawa
                 THOMAS K. AGAWA, ESQ.

92981/000189/00082558-1

CASE NO. CASE NO. C10-05100 JCS
CERTIFICATE OF SERVICE